No. 83–1032.   FEDERAL ELECTION COMMISSION *v.* NATIONAL CONSERVATIVE POLITICAL ACTION COMMITTEE ET AL.; and

No. 83–1122.   DEMOCRATIC PARTY OF THE UNITED STATES ET AL. *v.* NATIONAL CONSERVATIVE POLITICAL ACTION COMMITTEE ET AL.   D. C. E. D. Pa.   [Probable jurisdiction noted, 466 U. S. 935.]   Motion of Democratic National Committee for divided argument granted to be divided as follows: Federal Election Commission, 20 minutes; and Democratic National Committee, 10 minutes.

No. 83–1660.   ATKINS, COMMISSIONER OF THE MASSACHUSETTS DEPARTMENT OF PUBLIC WELFARE *v.* PARKER ET AL.; and

No. 83–6381.   PARKER ET AL. *v.* BLOCK, SECRETARY OF AGRICULTURE, ET AL.   C. A. 1st Cir.   [Certiorari granted, 467 U. S. 1250.]   Motion of the Solicitor General to strike portions of the reply brief of Parker et al. denied.

No. 83–5954.   LINDAHL *v.* OFFICE OF PERSONNEL MANAGEMENT.   C. A. Fed. Cir.   [Certiorari granted, 467 U. S. 1251.]   Motion of National Association of Retired Federal Employees for leave to participate in oral argument as *amicus curiae* denied.

No. 84–444.   CONNOR ET AL. *v.* AEROVOX INC. ET AL.   C. A. 1st Cir.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 84–5059.   RAMIREZ *v.* INDIANA.   Ct. App. Ind.   [Certiorari granted, *ante*, p. 929.]   Motion of petitioner for appointment of counsel granted, and it is ordered that Kenneth F. Ripple, Esquire, of South Bend, Ind., be appointed to serve as counsel for petitioner in this case.

No. 84–5268.   GORDON *v.* DONOVAN, SECRETARY OF LABOR.   C. A. 5th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until December 4, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.